IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01981-ZLW-MEH

DELORES F. REQUA and
LYNN REQUA,

    Plaintiffs,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED, and
C.B. FLEET COMPANY, INCORPORATED,

    Defendants.

---

### ORDER

---

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this  12  day of October, 2006.

                BY THE COURT:

                *[signature]*

                _____
                ZITA L. WEINSHIENK,  Senior Judge
                United States District Court