IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01981-PSF-MEH

DELORES F. REQUA and
LYNN REQUA,

     Plaintiffs,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED; and
C.B. FLEET COMPANY, INCORPORATED;

     Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 2, 2007.**

     Defendant's Unopposed Motion to Modify Scheduling Order [Filed February 1, 2007; Docket #13] is **granted**.  The deadline for joinder of parties and amendment of pleadings is extended to March 2, 2007.