IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01981-PSF-MEH

DELORES F. REQUA and
LYNN REQUA,

    Plaintiffs,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED; and
C.B. FLEET COMPANY, INCORPORATED;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 20, 2007.**

Based upon the parties' agreement, and the entire record herein, the Joint Motion for Protective Order [Filed February 16, 2007; Docket #16] is **granted** as specified. Hard copies of documents are not filed with the Clerk's office under the Court's Electronic Case Filing procedures ("ECF"). Sealed documents submitted through ECF and accompanied by a Motion to Seal cannot be deleted from the court record but do remain sealed. In the event that any documents are conventionally submitted to the Court, the parties may request the return of such documents from the Clerk of the Court at the close of the case. The Court will modify paragraph 18 of the Protective Order before entering the Protective Order on the record.