IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01981-PSF-MEH

DELORES F. REQUA and
LYNN REQUA,

      Plaintiffs,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED; and
C.B. FLEET COMPANY, INCORPORATED;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 9, 2007.**

The Joint Motion to Modify Scheduling Order [Filed March 8, 2007; Docket #20] is **granted** in part and **denied** in part. The discovery deadlines are modified as follows:

| | |
|---|---|
| Joinder of parties and amendment of pleadings: | April 2, 2007 |
| Plaintiffs' Rule 26(a)(2) initial designations: | May 15, 2007 |
| Defendants' Rule 26(a)(2) initial designations: | July 2, 2007 |
| Plaintiffs' Rule 26(a)(2) rebuttal designations: | July 16, 2007 |
| Discovery cut-off: | July 18, 2007 |
| Dispositive motion deadline: | August 20, 2007 |

The Settlement Conference scheduled for April 10, 2007, is **vacated** and **rescheduled** to **May 10, 2007, at 10:00 a.m.** Confidential Settlement Statements are to be submitted no later than May 3, 2007. Due to a relocation of Chambers, counsel should call Chambers at 303-844-4507 prior to the date of the conference to find out the location.

The Final Pretrial Conference **remains** scheduled for September 24, 2007, 9:00 a.m.