IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 06-cv-01981-PSF-MEH | Date:   July 27, 2007 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| DELORES F. REQUA and<br>LYNN REQUA, | Theodore E. Laszlo, Jr. |
| Plaintiffs, | |
| vs. | |
| C.B. FLEET HOLDING COMPANY, INCORPORATED and<br>C.B. FLEET COMPANY, INCORPORATED, | Daniel S. Wittenberg<br>Nicholas M. Kouletsis |
| Defendant(s). | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**   1:54 p.m.

Court calls case.  Appearances of counsel.  **Mr. Kouletsis orally enters his appearance in this matter and states that he is admitted to practice in Colorado.**

The Court advises counsel that a Motion for Protective Order must be filed separately.

Argument by Mr. Laszlo and Mr. Kouletsis and discussion regarding Plaintiffs' Motion to Compel Responses to Plaintiffs' First Request for Production to the Fleet Defendants (Doc. #30, filed 6/22/07) and Plaintiffs' Motion to Compel C.B. Fleet Company, Inc., to Designate and Produce a Witness Pursuant to Rule 30(b)(6) F.R.C.P. and for Sanctions (Doc. #33, filed 7/12/07).

**ORDERED:**   1.   The Court takes the motions under advisement.

2.   A telephonic Status Conference is set for **August 9, 2007, at 9:30 a.m.** Counsel shall conference together and then contact the Court at (303)844-4507 at the time of the conference

**Court in recess:**   3:10 p.m.   (Hearing concluded)
**Total time in court:**   1:16