IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01981-PSF-MEH

DELORES F. REQUA and
LYNN REQUA,

      Plaintiffs,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED, and
C.B. FLEET COMPANY, INCORPORATED,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 30, 2007.**

      The Unopposed Motion to Modify Scheduling Order [Filed July 27, 2007; Docket #43] is **denied without prejudice**.  The parties seek an extension of the dispositive motion deadline and a later date for the pretrial conference based on the unavailability of certain experts and witnesses to attend depositions.  However, the discovery deadline has passed, and the parties have not set forth in this motion a new deadline for the deposition discovery that is the basis of the motion.

      In addition, the motion does not comply with D.C.Colo.L.Civ.R. 6.1, C or D.