IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01981-PSF-MEH

DELORES F. REQUA and
LYNN REQUA,

      Plaintiffs,

v.

C.B. FLEET HOLDING COMPANY, INCORPORATED; and
C.B. FLEET COMPANY, INCORPORATED;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 6, 2007.**

The parties seek a three-month extension for the discovery period to depose five expert witnesses and Defendant C.B. Fleet's Rule 30(b)(6) witnesses. Good cause exists for an extension shorter than the parties have requested, a schedule that can still be met with diligent effort. Accordingly, Defendants' second Unopposed Motion to Modify Scheduling Order [Filed August 2, 2007; Docket #50] is **granted in part** and **denied in part**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Depositions of the witnesses listed in the Motion: | October 12, 2007 |
| Dispositive motion deadline: | November 9, 2007 |

The Final Pretrial Conference scheduled for September 14, 2007, is **vacated** and **rescheduled** to Monday, **December 10, 2007 at 9:30 a.m.** The proposed order is to be submitted on or before December 3, 2007.