IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01981-PSF-MEH

DELORES F. REQUA and
LYNN REQUA,

      Plaintiffs,
v.

C.B. FLEET HOLDING COMPANY, INCORPORATED; and
C.B. FLEET COMPANY, INCORPORATED;

      Defendants.
_____

## ORDER ON PLAINTIFFS' MOTION FOR RECONSIDERATION
_____

Plaintiffs have filed a Motion for Reconsideration [Docket #52] requesting that the Court require Defendants to specifically respond to the written discovery submitted by Plaintiffs, rather than producing the documents as kept in the usual course of business. The matter has been referred to this Court [Docket #54]. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, the Court **denies** the Motion for Reconsideration.

Plaintiffs' premise in seeking reconsideration is that Defendants, in another case, responded to that plaintiff's requests for admissions and written interrogatories by identifying specific documents that were responsive to each request. Plaintiffs argue that Defendants have the ability to search and identify the documents responsive to each request. Plaintiffs claim that, because the documents were produced in that manner in the other case, Defendants cannot claim that the burden in doing so in this case is too great.

Plaintiffs' Motion misunderstands the Court's basis for its ruling. Pursuant to Fed. R. Civ. P. 34, it is the responding party's decision whether it will produce the documents as kept in the usual

course of business or to organize the documents to correspond to the request. The Court concluded that Defendants, in making their own categories, had failed to produce them as kept in the usual course of business, by custodian, and ordered that Defendants identify the sub-section of each category by custodian to comply with Rule 34. This compliance with Rule 34 is all that is required of Defendants and is all this Court will order.

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Reconsideration [Filed August 2, 2007; Docket #52] is **denied**.

Dated at Denver, Colorado, this 6th day of August, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge